■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE BRASWELL, Appellant. [684 NYS2d 903] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kriendler, J.), rendered October 24, 1996, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Thompson, Altman and Krausman, JJ., concur.